AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida   ▾

|  |  |
|---|---|
| SEMISILICON TECHNOLOGY CORP.,<br><br>*Plaintiff(s)*<br>v.<br>INMUSIC, LLC, INMUSIC, INC., INMUSIC BRANDS, INC., and ION AUDIO, LLC<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  0:26-cv-61380-KMW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

INMUSIC, LLC
c/o NRAI SERVICES, INC.
1200 S. Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher S. Carver, Esq.
Tazio Heller, Esq.
AKERMAN LLP
201 E. Las Olas Blvd., Suite 1800
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  _____05/08/2026_____

*s/ Micky Quezada*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida   ▼

| | | |
|---|---|---|
| SEMISILICON TECHNOLOGY CORP., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  0:26-cv-61380-KMW |
| INMUSIC, LLC, INMUSIC, INC., INMUSIC BRANDS, INC., and ION AUDIO, LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

       INMUSIC, INC.
       c/o NRAI SERVICES, INC.
       1200 S. Pine Island Road
       Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       Christopher S. Carver, Esq.
       Tazio Heller, Esq.
       AKERMAN LLP
       201 E. Las Olas Blvd., Suite 1800
       Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:      05/08/2026

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida  ▼

| | |
|---|---|
| SEMISILICON TECHNOLOGY CORP., <br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>INMUSIC, LLC, INMUSIC, INC., INMUSIC BRANDS, INC., and ION AUDIO, LLC<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.   0:26-cv-61380-KMW |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> INMUSIC BRANDS, INC.
> c/o NRAI SERVICES, INC.
> 1200 S. Pine Island Road
> Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Christopher S. Carver, Esq.
> Tazio Heller, Esq.
> AKERMAN LLP
> 201 E. Las Olas Blvd., Suite 1800
> Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  _____05/08/2026_____

*s/ Micky Quezada*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida   ▾

| | |
|---|---|
| SEMISILICON TECHNOLOGY CORP., | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| INMUSIC, LLC, INMUSIC, INC., INMUSIC BRANDS, INC., and ION AUDIO, LLC | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  0:26-cv-61380-KMW

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> ION AUDIO, LLC
> c/o NRAI SERVICES, INC.
> 1200 S. Pine Island Road
> Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Christopher S. Carver, Esq.
> Tazio Heller, Esq.
> AKERMAN LLP
> 201 E. Las Olas Blvd., Suite 1800
> Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Date:   05/08/2026

Angela E. Noble
Clerk of Court